```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
GONG XIA HUANG, et al.,                                     :
                                                            :
                        Plaintiffs,                         :
                                                            :         14-CV-3277 (VSB)
            -v-                                             :
                                                            :         ORDER
HUNAN HOUSE MANOR, INC. d/b/a                               :
HUNAN MANOR RESTAURANT, et al.,                             :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2015

VERNON S. BRODERICK, United States District Judge:

The parties in the above-captioned matter appeared before me for a conference on May 15, 2015.  At that conference, the parties were directed to meet and confer regarding their outstanding document requests and interrogatories.  (*See* Doc. 34.)  The parties now inform me that they have conferred regarding Plaintiffs' outstanding requests and that Plaintiffs continue to seek certain discovery.  (*See* Docs. 36, 37.)  Plaintiffs, however, merely state that they have a "legitimate" right to this discovery, (*see* Doc. 36 at 2), and have not identified any specific basis for why they are entitled to the documents and information they continue to seek.  Moreover, Plaintiffs have not demonstrated why the personal and financial information they seek, including information related to the assets of the individual defendants, is relevant to Plaintiffs' claims.  Accordingly, I grant Defendants' request for a protective order against Plaintiffs' inquiries into the topics described in Plaintiffs' letter, (Doc. 36).

Discovery is set to close on June 15, 2015.  (*See* Docs. 34.)  As I stated in my order of June 5, 2015, (Doc. 35), I will not extend the discovery deadline beyond June 15, 2015 without a showing of good cause.  Accordingly, the parties are directed to appear for a post-discovery

conference on June 26, 2015 at 10:00 am in Courtroom 518 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  If either party contemplates filing a dispositive motion, the post-discovery conference will function as a pre-motion conference required by Rule 4.A of my Individual Rules and Practices.  Pre-motion letters, if any, are to be submitted by June 19, 2015, and responses to pre-motion letters are to be submitted by June 24, 2015.

SO ORDERED.

Dated: June 12, 2015
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge